IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Civil No. 1:19-cv-00085

| | |
|---|---|
| August Kersten, Brian Berube and Lonesome Dove, Inc.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>City of Mandan,<br><br>　　　　Defendant. | **DEFENDANT CITY OF MANDAN'S MOTION TO DISMISS COMPLAINT DUE TO LACK OF STANDING AND DUE TO CONSTITUTIONAL MOOTNESS** |

\*\*\*　　　\*\*\*　　　\*\*\*

(1.)　Pursuant to Rule 7.1(A) of the Local Rules of the United States District Court for the District of North Dakota, Rule 12(b)(1) of the Federal Rules of Civil Procedure, and pursuant to *Phelps-Roper v. City of Manchester, Mo.*, 697 F.3d 678, 687 (8th Cir. 2012) and other applicable law or rule, Defendant City of Mandan hereby requests dismissal of all of Plaintiffs' lawsuit claims. Plaintiffs lack standing and their claims are moot.

(2.)　This motion is supported by the memorandum of law, Affidavit of John Van Dyke, and exhibits enclosed therewith, as well as all other files, records, and documents contained in the Court's Docket.

Dated this 9th day of December, 2019.

　　　　　　　　　　　　　　　　　　　BAKKE GRINOLDS WIEDERHOLT

　　　　　　　　　　　　　　　　　By:　*/s/ Bradley N. Wiederholt*
　　　　　　　　　　　　　　　　　　　Bradley N. Wiederholt (#06354)
　　　　　　　　　　　　　　　　　　　300 West Century Avenue
　　　　　　　　　　　　　　　　　　　P.O. Box 4247
　　　　　　　　　　　　　　　　　　　Bismarck, ND 58502-4247
　　　　　　　　　　　　　　　　　　　(701) 751-8188
　　　　　　　　　　　　　　　　　　　bwiederholt@bgwattorneys.com

1

 Attorneys for Defendant City of Mandan

## CERTIFICATE OF SERVICE

 I hereby certify that on December 9, 2019, a true and correct copy of the foregoing **DEFENDANT CITY OF MANDAN'S MOTION TO DISMISS COMPLAINT DUE TO LACK OF STANDING AND DUE TO CONSTITUTIONAL MOOTNESS** was filed electronically with the Clerk of Court through ECF.

ATTORNEYS FOR PLAINTIFF:

 Erica Smith
 Robert Frommer
 Paul Sherman
 Institute for Justice
 901 N. Glebe Road, Suite 900
 Arlington, VA 22203
 Phone: 703-682-9320
 esmith@ij.org
 rfrommer@ij.org
 psherman@ij.org

 David J. Chapman (#05531)
 D J Chapman Law, P.C.
 3523 45th Street S., #125
 Fargo, ND 58104
 dchapman@djchapmanlaw.com

         By: _/s/ Bradley N. Wiederholt_
           BRADLEY N. WIEDERHOLT