IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| August Kersten, Brian Berube and Lonesome Dove, Inc., </br></br> Plaintiffs, </br></br> vs. </br></br> City of Mandan, </br></br> Defendant. | Civil No. 1:19-cv-00085 </br></br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

\*\*\*   \*\*\*   \*\*\*

(1)   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs August Kersten, Brian Berube, and Lonesome Dove, Inc., and Defendant City of Mandan, by and through their respective legal counsel, that Plaintiffs' lawsuit against Defendant is hereby dismissed in its entirety <u>with prejudice</u> and without costs taxable in favor of any party. An order for dismissal with prejudice may be entered accordingly.

Dated: February 19, 2020.

INSTITUTE FOR JUSTICE

By: _____
Erica J. Smith
Robert P. Frommer
Paul M. Sherman
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
esmith@ij.org
rfrommer@ij.org
psherman@ij.org

Attorneys for Plaintiffs, August Kersten,
Brian Berube, and Lonesome Dove, Inc.

Dated: February 18th, 2020.

BAKKE GRINOLDS WIEDERHOLT

By: _____
Randall J. Bakke (#03898)
Bradley N. Wiederholt (#06354)
300 West Century Avenue
P.O. Box 4247
Bismarck, ND 58503
rbakke@bgwattorneys.com
bwierderholt@bgwattorneys.com

Attorneys for Defendant, City of Mandan