## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| August Kersten, Brian Berube, and Lonesome Dove, Inc. | ) ) ) |
| Plaintiffs, | ) **ORDER OF DISMISSAL** ) |
| vs. | ) ) Case No. 1:19-cv-085 |
| City of Mandan, | ) ) |
| Defendant. | ) |

Before the Court is a "Stipulation for Dismissal with Prejudice" filed on February 21, 2020. See Doc. No. 77. The Court **ADOPTS** the stipulation in its entirety (Doc. No. 77) and **ORDERS** the action be dismissed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 24th day of February, 2020.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court